# UNITED STATES DISTRICT COURT

for the

SOUTHERN DISTRICT OF FLORIDA

K & N DISTRIBUTORS, INC.

*Plaintiff(s)*

v.

GLOBAL WHOLESALE, LLC and ADOLPHE TAKE OUT RESTAURANT & SUPERMARKET INC.,

*Defendant(s)*

Civil Action No. 1:26-cv-27242-PCH

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Global Wholesale USA, LLC
c/o its Registered Agent
Mohammed Hussain
11251 Rockinghorse Rd
Cooper City, FL 33026

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Jose I. Rojas, Esq.
Alexander F. Rojas, Esq.
RojasLaw
201 S. Biscayne Blvd., 28th Floor
Miami, FL 33131
jrojas@rojaslawfirm.com; arojas@rojaslawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Oct 15, 2026

Angela E. Noble
Clerk of Court

*s/ K. Riles*

Deputy Clerk
U.S. District Courts

# UNITED STATES DISTRICT COURT

for the

SOUTHERN DISTRICT OF FLORIDA

K & N DISTRIBUTORS, INC.

*Plaintiff(s)*

v.

GLOBAL WHOLESALE, LLC and
ADOLPHE TAKE OUT RESTAURANT &
SUPERMARKET, INC.

*Defendant(s)*

Civil Action No. 1:26-cv-27242-PCH

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Adolphe Take Out Restaurant & Supermarket, Inc.
c/o its Registered Agent
Ginette St. Fleur
540 NE 154th St.
Miami, FL 33162

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Jose I. Rojas, Esq.
Alexander F. Rojas, Esq.
RojasLaw
201 S. Biscayne Blvd., 28th Floor
Miami, FL 33131
jrojas@rojaslawfirm.com; arojas@rojaslawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

SUMMONS

Date: Oct 15, 2026

Angela E. Noble
Clerk of Court

s/ K. Riles

Deputy Clerk
U.S. District Courts